**[J-52A-2025 and J-52B-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF MICHAEL HUFF AS DEMOCRATIC CANDIDATE FOR COMMON PLEAS COURT IN THE FIRST JUDICIAL DISTRICT (PHILADELPHIA) | : : : : : | No. 14 EAP 2025 |
| | : | Appeal from the Order of the Commonwealth Court at docket No. 105 MD 2025 dated April 30, 2025. |
| | : | |
| OBJECTION OF: JULIAN DOMANICO | : : | SUBMITTED:  May 5, 2025 |
| APPEAL OF: MICHAEL HUFF | : | |

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF MICHAEL HUFF AS DEMOCRATIC CANDIDATE FOR MUNICIPAL COURT JUDGE IN THE FIRST JUDICIAL DISTRICT (PHILADELPHIA) | : : : : : | No. 15 EAP 2025 |
| | : | Appeal from the Order of the Commonwealth Court at docket No. 106 MD 2025 dated April 30, 2025. |
| | : | |
| OBJECTION OF: JULIAN DOMANICO | : : | SUBMITTED:  May 5, 2025 |
| APPEAL OF: MICHAEL HUFF | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW,** this 7th day of May, 2025, the orders of the Commonwealth Court are

**AFFIRMED**.